# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §   CRIMINAL COMPLAINT |
| vs. | §   CASE NUMBER: DR:23-M -01486(1) |
| | § |
| (1) Sabino Olvera Rodriguez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 11, 2023** in **Zavala** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Sabino OLVERA RODRIGUEZ, an alien, entered, or was found in the United States at or near La Pryor, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo, Tx on 06/07/2019, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title    **8**    United States Code, Section(s)    **1326(a)(1)** .

I further state that I am a(n) _ and that this complaint is based on the following facts: *"The defendant, Sabino OLVERA RODRIGUEZ, was arrested by Border Patrol Agents, on May 11, 2023 for being an alien illegally present in the United States. Investigation and records of the*

**Continued on the attached sheet and made a part of hereof.**

| | |
|---|---|
| Sworn to before me and subscribed in my presence, | /s/ BROWN, WESLEY |
| | Signature of Complainant |
| | BROWN, WESLEY |
| | |
| 05/12/2023 | at    DEL RIO, Texas |
| File Date | City and State |
| | |
| COLLIS WHITE | *(signature)* |
| UNITED STATES MAGISTRATE JUDGE | Signature of Judicial Officer |

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:23-M -01486(1)

(1) Sabino Olvera Rodriguez

**Continuation of Statement of Facts:**

Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 06/07/2019 through Laredo, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____  
Signature of Judicial Officer

/s/ BROWN, WESLEY  
_____  
Signature of Complainant